UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUST DEVELOPMENT COMPANY LLC,<br><br>        Plaintiff,<br>   v.<br><br>ALPENROSE DAIRY, INC.,<br><br>        Defendant. | CASE NO. C16-1887-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the pleading amendment/third party action date (Dkt. No. 10). The Court, finding good cause, GRANTS the motion. The pleading amendment/third party action date is now July 17, 2017. All other pretrial dates and the trial date remain the same.

DATED this 2nd day of June 2017.

      William M. McCool
      Clerk of Court

      s/Paula McNabb
      Deputy Clerk