THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUST DEVELOPMENT COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALPENROSE DAIRY, INC., <br><br> Defendant. | CASE NO. C16-1887-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of occurrence of mediation (Dkt. No. 12). The parties informed the Court that the case has been resolved. (*Id.*) Therefore, the Clerk is directed to CLOSE the case. The parties are ORDERED to file a notice of stipulated dismissal within 30 days of this order.

DATED this 7th day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C16-1887-JCC
PAGE - 1